UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JEANETTE ROSA,                                    CASE NO. 12-cv-03030-JS-ETB

                Plaintiff,

    -against-                                         (Proposed)
                                                  ***JOINT DISCOVERY PLAN***
VITAL RECOVERY SERVICES, INC.
and DOES 1 through 10, inclusive.

                Defendants.
----------------------------------------------------------------X

Pursuant to Judge Boyle's June 20, 2012 order, the parties submit the following proposed discovery plan in preparation for the **November 16, 2012** initial conference:

1. Motion to Amend Pleadings or Join Parties: January 16, 2013

2. Service of Initial Discovery Demands: December 7, 2012

3. Deadline to initiate motion for summary judgment process: April 8, 2013

4. Date for submission of pre-trial order: April 30, 2012

5. Discovery completion date: March 18, 2013


___/s/ Amir J. Goldstein_____            __/s/ Hilary Korman_____
Amir J. Goldstein, Esq.                    Hilary Korman, Esq.
Attorney for Plaintiff                     Attorney for Defendant
166 Mercer Street, 3A                      Mel S. Harris & Associates, LLC.
New York, New York 10012                   5 Hanover Square, 8th Floor
(212) 966- 5253                            (212) 517-4900 ext. 3309
(866) 228- 9194 fax                        (212) 660-1018 fax


So ORDERED:

_____
U.S.M.J.